UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEFINA LOZANO, <br> ROBERT PIERCE, <br> DORICE PIERCE, and <br> DELLA SIMS, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ZION, a municipal <br> corporation, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:19-cv-6411 <br><br> Hon. John F. Kness |

## **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated and agreed by and between the parties and/or their respective counsel that Della Sims voluntarily dismisses, without prejudice, her action against the above-captioned Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Della Sims stipulates to dismiss her action because she has moved from her residence at 1509 27th St. in Zion, Illinois, into an assisted living facility. As a result, she is no longer subject to Zion's rental-inspection ordinance.

All parties who have appeared in this action have signed this stipulation of voluntary dismissal through their respective counsel. Therefore, it is appropriate. This stipulation does not dismiss or effect in any way the action and claims

1

remaining to all other parties to this action and does not affect the pending motion to dismiss filed by Defendants.

Dated: February 23, 2021                    Respectfully submitted,

| | |
|---|---|
| **PLAINTIFFS** | **DEFENDANTS** |
| Josefina Lozano, Robert Pierce, | City of Zion, |
| Dorice Pierce, and Della Sims | Billy McKinney, Jacqueline Holmes, Richard Ianson, and Warren Ferry |
| By:  /s/ Rob Peccola | By: /s/ Michael J. Atkus |
|       One of Their Attorneys |       One of their Attorneys |
| Rob Peccola (*Admitted Pro Hac Vice*) | Michael J. Atkus |
| Adam F. Griffin (*Admitted Pro Hac Vice*) | William W. Kurnik |
| **Institute for Justice** | **Knight, Hoppe, Kurnik & Knight, Ltd.** |
| 901 North Glebe Road, Suite 900 | 5600 North River Road, Suite 600 |
| Arlington, VA 22203 | Rosemont, Illinois 60018-5114 |
| Tel.: 703-682-9320 | Tel: 847-261-0700 |
| Email: rpeccola@ij.org | Fax: 847-261-0714 |
| agriffin@ij.org | E-Mail: matkus@khkklaw.com |
|  | bkurnik@khkklaw.com |
| James W. Joseph |  |
| Benjamin E. Waldin |  |
| **Eimer Stahl LLP** |  |
| 224 South Michigan Avenue |  |
| Suite 1100 |  |
| Chicago, IL 60604 |  |
| Tel.: 312-660-7612 |  |
| Fax: 312-692-1718 |  |
| Email: jjoseph@eimerstahl.com |  |
| bwaldin@eimerstahl.com |  |

## Certificate of Service

I hereby certify that on February 23, 2021, I electronically filed the foregoing **Stipulation of Voluntary Dismissal Without Prejudice** with the Clerk of the Court using the ECF system, which will send notification of such filing to registered counsel of record.

/s/ Rob Peccola