# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEFINA LOZANO, *et al.*, | ) |
|                    Plaintiffs, | ) No. 19 CV 6411 |
| v. | ) Judge John F. Kness |
| CITY OF ZION, a municipal corporation, Mayor BILLY MCKINNEY, Commissioner of Building and Public Property JACQUELINE HOLMES, Director of the Zion Building Department RICHARD IANSON, and Inspector WARREN FERRY, in their official capacities, | ) |
|                    Defendants. | ) |

## JOINT MOTION TO CORRECT CONSENT DECREE

Pursuant to Federal Rule of Civil Procedure 60(a), Plaintiffs Josefina Lozano, Robert Pierce, and Dorice Pierce and Defendants City of Zion, Billy McKinney, Jacqueline Holmes, Richard Ianson, and Warren Ferry (collectively the "Parties"), jointly move this Court to correct the Consent Decree entered into on December 30, 2022. *See* Fed. R. Civ. P. 60(a) ("The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order or other part of the record.") In support of this motion, the Parties jointly represent to this Court the following:

1. On December 29, 2022, the Parties filed a Joint Motion to Enter Consent Decree. ECF No. 83. The Parties submitted the proposed consent decree as Exhibit A to their Joint Motion. *Id.* at 4–12.

2. As stated in the Consent Decree, the Parties agreed that "[t]he City shall not require advanced consent as a condition for submitting a completed Rental Housing Certification Application, as indicated by the amended Application attached hereto as *Ex. A*." *Id.* at 7. However, the amended rental housing certification application was not attached to the proposed consent decree as Exhibit A.

3. On December 30, 2022, the Court entered an order granting the Parties' Joint Motion to Enter Consent Decree. ECF No. 84.

4. A copy of the amended Rental Housing Certification Application, as agreed upon by the Parties and referenced in the Consent Decree, is attached as Exhibit A.

Wherefore, for the reasons set forth above, the Parties request that the Court grant the Joint Motion to Correct Consent Decree and attach Exhibit A to the Consent Decree entered into on December 30, 2022.

Dated: January 20, 2023     Respectfully submitted,

**PLAINTIFFS**
Josefina Lozano, Robert Pierce,
Dorice Pierce

By: /s/ Robert Peccola
    One of their Attorneys

**DEFENDANTS**
City of Zion,
Billy McKinney, Jacqueline Holmes
Richard Ianson, and Warren Ferry

By: /s/ Cynthia Grandfield
    One of their Attorneys

Robert Peccola (*Admitted Pro Hac Vice*)
John G. Wrench (*Admitted Pro Hac Vice*)
**Institute for Justice**
901 North Glebe Road, Suite 900
Arlington, VA 22203
Tel.: 703-682-9320
Email: rpeccola@ij.org
      jwrench@ij.org

James W. Joseph
**Eimer Stahl LLP**
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Tel.: 312-660-7612
Fax: 312-692-1718
Email: jjoseph@eimerstahl.com

Michael J. Atkus
William W. Kurnik
**Knight, Hoppe, Kurnik & Knight,**
5600 North River Road, Suite 600
Rosemont, Illinois 60018-5114
Tel: 847-261-0700
Fax: 847-261-0714
E-mail: matkus@khkklaw.com
      bkurnik@khkklaw.com

K. Austin Zimmer
Cynthia Sara Grandfield
Michael Aaron Albert
**DEL GALDO LAW GROUP, LLC**
1441 South Harlem Avenue
Berwyn, IL 60402
(708) 222-7000
E-mail: zimmer@dlglawgroup.com
      grandfield@dlglawgroup.com
      albert@dlglawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the aforementioned document was filed through the Court's CM/ECF system on January 20, 2023. Parties of record may obtain a copy through the Court's CM/ECF system. The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

/s/ Robert Peccola

# Exhibit A
to Consent Decree



City of Zion
Building Department
2828 Sheridan Road
Zion, IL 60099
Phone: 847-746-4018

New registration\_\_\_
Registration renewal\_\_\_
Change of owner\_\_\_
Change of management\_\_\_

Date received\_\_\_/\_\_\_/\_\_\_

# Rental Housing ~~Inspection and~~ Certification Application

| Rental Property information ||
|---|---|
| Rental Property Address: ||
| Complex Name: ||
| Single Family\_\_\_\_  Multi-Family\_\_\_\_  Condo/Townhouse\_\_\_\_  Duplex\_\_\_\_  Apartment complex\_\_\_\_ ||
| Number of Buildings: | Number of Units: |
| **Note: If there are multiple addresses or unit numbers for one building/complex you must provide address/unit numbers on the supplement sheet and attach it to this form.** ||

| Legal Owner(s): Including Corporation or LLC. ||||
|---|---|---|---|
| Business name (if applicable): ||||
| Last name: || First Name: | Middle Initial: |
| Address: ||||
| City: | State: || ZIP Code: |
| Phone: | Emergency phone: || Email: |

| Authorized Manager/Agent/Management Company (leave blank if not applicable) |||||
|---|---|---|---|---|
| Company Name: |||||
| Representative/Contact Name: |||||
| Address: |||||
| City: | State: | ZIP Code: || Phone: |
| Emergency phone: ||| Email: ||

| Dwelling Unit Information For additional units please use supplement page ||||||
|---|---|---|---|---|---|
| Dwelling Unit # ||||||
| Living Room Sq. Footage: || Kitchen Sq. Footage: || Number of Bedrooms: ||
| Bedroom(s) Sq. Footage 1: | 2: | 3. | 4. | 5. ||

| Additional Address or Unit # ||||| # of units in building: |
|---|---|---|---|---|---|
| Living Room Sq. Footage: || Kitchen Sq. Footage: || Number of Bedrooms: ||
| Bedroom(s) Sq. Footage 1: | 2: | 3. | 4. | 5. ||
| **ALL rental properties MUST fill out the dwelling unit information. If the following information is not provided the application will not be considered complete.** |||||||

| Applicant Affidavit |
|---|
| **I hereby attest to the truth and accuracy of the information contained in this application** ~~and grant the City of Zion to conduct any and all inspections required and affirm that all tenants of the subject property will be informed of the required scheduled inspections.~~ |

| Signature of applicant: | Date: |
|---|---|

| Note |
|---|
| <ul><li>For properties having to correct violations will receive a certificate of compliance that will expire twelve (12) months after the date of issuance.</li><li>For properties without having to correct any violations will receive a certificate that will expire twenty-four (24) months after the date of issuance.</li><li>Issuance of a rental certificate does not constitute approval of illegal/non-conforming structure by the City of Zion.</li><li>You have the right to appeal to the planning and zoning board in writing within fourteen (14) days of any findings against this property. Please see Ordinance Section 10-180(6) for complete detail.</li><li>~~PLEASE have an idea of when you would like to schedule an inspection. An inspection will only be scheduled on a time that is convenient for you and your tenant.~~</li></ul> |

| Rental Certification Fee sheet |
|---|
| Rental Certification Inspection: $75.00 per dwelling unit. |
| Late payment: $150 per dwelling unit. |
| Rental Buildings containing more than 132 multiple-family dwelling units will not exceed $10,000 per calendar year. |

| Office Use Only ||
|---|---|
| Fee Paid: | Scheduled Inspection date: |
| Rental Certificate issued: | Certificate expires: |
| Certificate number: ||
| Re-Inspection Date: | Re-Inspection Fee: |

# Rental Housing Inspection and Certification Application
# Supplement Sheet

| Dwelling Unit Information | | | | | |
|---|---|---|---|---|---|
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |
| | | | | | |
| Additional building address or Unit # | | | # of units in building: | | |
| Living room Sq. Footage: | | Kitchen Sq. Footage: | | Number of Bedrooms: | |
| Bedroom(s) Sq. Footage 1: | 2. | 3 | 4. | 5. | |