UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Josefina Lozano, et al.
                Plaintiff,

v.                                                       Case No.: 1:19–cv–06411
                                                              Honorable John F. Kness

City of Zion, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 18, 2023:

      MINUTE entry before the Honorable John F. Kness: The parties filed a joint motion [86] in January 2023 to correct the consent decree in this case, but the Court mistakenly overlooked the motion. The parties' motion [86] is granted. Enter separate order correcting the consent decree. The Court regrets its delay in addressing this motion. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.