# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEFINA LOZANO, ROBERT PIERCE, and DORICE PIERCE, | ) ) ) ) |
| Plaintiffs, | ) No. 19-cv-06411 |
| v. | ) ) Judge John F. Kness |
| CITY OF ZION, a municipal corporation, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION TO CORRECT CONSENT DECREE**

Before the Court is the Parties' Joint Motion to Correct Consent Decree. For the reasons stated by the Parties, the Motion is GRANTED.

It is hereby ORDERED that Exhibit A to the Joint Motion to Correct Consent Decree is appended as Exhibit A to the Consent Decree entered on December 30, 2022.

SO ORDERED in No. 19-cv-06411.

Date: September 18, 2023

_____
JOHN F. KNESS
United States District Judge